# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

## MINUTE SHEET

| | |
|---|---|
| UNITED STATES OF AMERICA | Date: July 26, 2016 |
| vs. | Case No.: 2:13-CR-4051-BCW-04 |
| MANEKA ROCHON GERMANY | |

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced:** 10:49 am  **Time Terminated:** 11:17 am

### APPEARANCES

**Plaintiff's counsel:** Jim Lynn
**Defendant's counsel:** John Thomas Murray, CJA
**Probation officer:** Jaime Drummond

| | |
|---|---|
| **Time: 10:49 am** | PROCEEDINGS IN COURTROOM: Above parties present. Court adopts Report and Recommendation on Plea of Guilty (Doc #248). Counsel presents arguments regarding objections to Presentence Report and defendant's objections are denied. Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution. |
| **Time: 11:06 am** | Informal conference in Chambers with PPTS Officer. |
| **Time: 11:11 am** | SENTENCE: Defendant committed to the custody of the BOP for a period of 1 year and 1 day on Count 8 of the 2nd Superseding Indictment; followed by 1 year supervised release on Count 8 of the 2nd Superseding Indictment. Defendant to self-surrender on September 9, 2016 by 2:00 pm. FINE: waived; MSA: $100; Restitution not ordered. Dft advised of right to appeal. All remaining counts dismissed upon motion by the Government. |

**Court Reporter:** Denise Halasey
**Courtroom Deputy:** Carrie James